# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Docket No. 14-CV-14328-LTS**

|  |  |
|---|---|
| Marc Clermont, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| Monster Worldwide, Inc., Salvatore Iannuzzi, and David Trapani, | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF SETTLEMENT

Marc Clermont, through his undersigned counsel, provides the court notice that the parties have settled this matter. Accordingly Mr. Clermont requests a 30 day order which will allow the parties to finalize all settlement terms and thereafter file a stipulation of dismissal.

RESPECTFULLY SUBMITTED,
Marc Clermont, individually and on behalf of all others similarly situated,

By their Attorneys
The Augeri Law Group, PLLC

Dated: June 15, 2015

/s/  Anthony S. Augeri
Anthony S. Augeri, BBO No. 648696
231 Sutton Street, Suite 1-B
North Andover, MA  01845
Tel:  (978) 409.2565
Fax: (978) 686-4603
Email:  tony@augerilaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 15th day of June, 2015.

                                            /s/ Anthony S. Augeri
                                            Anthony S. Augeri